**McDERMOTT WILL & EMERY LLP**
Abbe David Lowell*
adlowell@mwe.com
Roy L. Austin, Jr. (State Bar No. 211491)
raustin@mwe.com
Hoyt Y. Sze (State Bar No. 180716)
hsze@mwe.com
Christopher D. Man
cman@mwe.com
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  202.756.8000
Facsimile:   202.756.8087

Attorneys for Defendant
ROYA RAHMANI

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ROYA RAHMANI, et. al.,<br><br>            Defendants. | CASE NO.  CR-01-00209(A)-RMT<br><br>**[PROPOSED] ORDER MODIFYING ROYA RAHMANI'S CONDITIONS OF PRETRIAL RELEASE**<br><br>Courtroom 22 |

Upon consideration of Defendant Rahmani's Motion to Modify Conditions of Pretrial Release, the Government's Opposition to the Motion and Defendant Rahmani's Reply, all other pleadings relevant to the Motion and the hearing on the Motion held on January 14, 2008, it is hereby ORDERED that defendant Rahmani's motion is granted such that:

1) Ms. Rahmani's curfew restriction is eliminated;
2) the passive electronic monitoring of Ms. Rahmani is eliminated; and
3) all other conditions of release will remain in place.

Dated: January 17, 2008

_____
HONORABLE ROBERT M. TAKASUGI
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 16, 2008     Respectfully submitted,

McDERMOTT WILL & EMERY LLP

_____/s/_____
ABBE DAVID LOWELL
ROY L. AUSTIN, JR.
HOYT SZE
CHRISTOPHER D. MAN
Attorneys for Defendant
ROYA RAHMANI

- 2 -    [PROPOSED] ORDER MODIFYING ROYA RAHMANI'S CONDITIONS OF PRETRIAL RELEASE