**McDERMOTT WILL & EMERY LLP**
Abbe David Lowell*
adlowell@mwe.com
Roy L. Austin, Jr. (State Bar No. 211491)
raustin@mwe.com
Hoyt Y. Sze (State Bar No. 180716)
hsze@mwe.com
Christopher D. Man
cman@mwe.com
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087

Attorneys for Defendant
ROYA RAHMANI

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-01-00209(A)-RMT |
| Plaintiff, | [~~PROPOSED~~] **ORDER CONTINUING REPLY AND HEARING DATES REGARDING DISPOSITIVE MOTIONS** |
| v. | |
| ROYA RAHMANI, ALIREZA MOHAMMADMORADI, MOUSTAFA AHMADY, HOSSEIN KALANI AFSHARI, HASSAN REZAIE, NAVID TAJ, MOHAMMAD HOSSEIN OMIDVAR, et al., | Dept.: Courtroom 22 |
| | NOTE: CHANGES MADE BY THE COURT |
| Defendants. | |

Upon consideration of the Defendants' Unopposed Ex Parte Motion to Continue Due Dates for Replies, Hearing on Motions and Discovery Obligations, it is hereby ORDERED that the defendants' motion is granted such that:

1) Replies to the dispositive motions filed on July 15, 2008 and August 4, 2008 are due on October 7, 2008;

2) The hearing date on the dispositive motions is vacated to be reset at a later time;

3) The parties will meet and confer about discovery related issues no later than October 17, 2008; and

4) The parties will file a joint statement regarding the discovery motion on October 24, 2008.

Dated:   September 19, 2008

_____
ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING REPLY AND HEARING DATES REGARDING DISPOSITIVE MOTIONS

Dated: September 19, 2008

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

/s/
Abbe David Lowell
Roy L. Austin, Jr.
Hoyt Sze
Christopher D. Man
Attorneys for Defendant
ROYA RAHMANI

**JAY L. LICHTMAN LAW OFFICES**

/s/
Jay L. Lichtman
Attorney for Defendant
HASSAN REZAIE

**MICHAEL S. MEZA LAW OFFICES**

/s/
Michael S. Meza
Attorney for Defendant
ALIREZA MOHAMMADMORADI

**SAINT MARTIN & FAN**

/s/
Amy Fan
Attorney for Defendant
NAVID TAJ

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

/s/
Richard M. Steingard
Attorney for Defendant
MUSTAFA AHMADY

**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

/s/
Peter J. Eliasberg
Ahilan T. Arulanantham

**NASATIR HIRSCH PODBERESKY & GENEGO**

**THOMAS NISHI LAW OFFICES**

/s/
Thomas Nishi
Attorney for Defendant
HOSSEIN KALANI AFSHARI

/s/
William J. Genego
Attorneys for Defendant
MOHAMMAD HOSSEIN OMIDVAR