FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>1) HOSSEIN KALANI AFSHARI<br>2) MOHAMMAD HOSSEIN OMIDVAR<br>3) HASSAN REZAIE<br>4) ROYA RAHMANI<br>5) NAVID TAJ<br>6) MOUSTAFA AHMADY<br>7) ALIREZA MOHAMMADMORADI<br><br>Defendants. | Case No. CR 01-209-DOC<br><br>ORDER DENYING MOTION BY DEFENDANT RAHMANI TO DISMISS COUNTS 27-30 FOR ALLEGING [sic] THAT IMMIGRATION DOCUMENTS WERE COUNTERFEIT(DOC. NO. 802) |

This matter has come before the Court on the motion filed July 15, 2008 by defendant Roya Rahmani to dismiss Counts 27-30 for failure to state an offense on the grounds that the government has used the portion of Section 1546(a) specifically intended for counterfeit immigration documents when there is no allegation that Ms. Rahmani used a counterfeit immigration document. (Motion to Dismiss No. 14.) Doc. No. 802.

This motion is based on the statutory construction expressed by the district court in *United States v. Krstic*, 525 F.Supp. 2d 1245 (D.Or. 2007), which dismissed an indictment on the ground that possessing an authentic immigration document procured by means of a false statement does not constitute an offense under 18 U.S.C. § 1546(a). However, on March 10, 2009, that case

1  was reversed on appeal by the Ninth Circuit Court of Appeals, which held that "[t]he section
2  prohibits possessing an otherwise authentic document that one knows has been procured by means
3  of a false claim or statement." *United States v. Krstic*, ___ F.3d ___, No. 08-30022, 2009 WL
4  595552, at *5 (9th Cir. Mar 10, 2009).

5        Defendant also argues that Counts 27-30 are defective and should, therefore, be
6  dismissed for failure to allege that defendant's false statements were material. However, there is no
7  authority to require the pleading of materiality.

8        Accordingly,

9        IT IS ORDERED that the motion by defendant Roya Rahmani to dismiss Counts 27-
10 30 for failure to state an offense is denied.

11 Dated: March 17, 2009

_____
DAVID O. CARTER
United States District Judge